IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| J.G.A.M., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 4:26-cv-80-CDL-ALS |
| : | |
| Warden, STEWART DETENTION : | |
| CENTER, *et al.*, : | |
| : | |
| Respondents. : | |

## ORDER

On January 23, 2026, Respondents filed a motion to dismiss in response to Petitioner's application for habeas relief. (ECF Nos. 1, 6). On February 2, 2026, Petitioner filed a response. (ECF No. 9) As of February 23, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed Feb. 23, 2026). Consequently, Respondents are ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 23rd day of February, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE