IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JOSE GUADALUPE ARIZMENDI MORA,    *

        Petitioner,    *

v.                         Case No. 4:26-cv-80-CDL-AL

                            *

Warden, STEWART DETENTION CENTER, *et al.*,    *

        Respondents.    *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 15, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 15th day of April, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk